AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shields, Thomas J. | U.S.District Court, Southern District of Iowa | 09/26/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge/Recall | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

131 East 4th Street, Davenport, IA 52801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Triumph Community Bank | A | Dividend | K | T | | | | | |
| 2. Metropolitan Life Ins. | A | Dividend | J | T | | | | | common stock |
| 3. Mass Mutual Life Ins. | A | Dividend | M | T | | | | | whole life |
| 4. Northwest Mutual Life Ins. | A | Dividend | M | T | | | | | whole life |
| 5. Vanguard Keogh-Lane & Waterman | A | Dividend | K | T | | | | | |
| 6. IRA Morgan Stanley: | | | | | | | | | |
| 7. Chicago Bridge & Iron | A | Dividend | J | T | | | | | |
| 8. EBay, Inc. | A | Dividend | J | T | | | | | |
| 9. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 10. Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 11. United Health | A | Dividend | J | T | | | | | |
| 12. Wells Fargo | A | Dividend | J | T | | | | | |
| 13. MSCI Brazil Index | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 14. MSCI Japan | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 15. TR Dow Jones Select | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 16. TR S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 17. TR MSCI EAFE Index | A | Dividend | | | Sold | 12/31/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein Global Bond Fund Class ADV | A | Dividend | | | Sold | 12/31/15 | K | A | |
| 19. Henderson European | A | Dividend | K | T | | | | | |
| 20. Henderson International | A | Dividend | K | T | | | | | |
| 21. Loomis Sayles Small Capital Value Institutional Fund | A | Dividend | J | T | | | | | |
| 22. Munder TR Midcap | A | Dividend | | | Sold | 12/31/15 | K | A | |
| 23. Oppenheimer Value Y Fund | A | Dividend | K | T | | | | | |
| 24. RS Value Fund | A | Dividend | J | T | | | | | |
| 25. Royce Premier | A | Dividend | J | T | | | | | |
| 26. Royce Value Plus | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 27. Van Kampen FDS | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 28. AB Global Gov't Income | A | Dividend | J | T | | | | | |
| 29. Petrobras | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 30. Principal Financial Group | A | Dividend | J | T | | | | | |
| 31. Calamos Global | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 32. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 33. Goldman Sachs TR | A | Dividend | L | T | | | | | |
| 34. Hartford Fin. Services | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Intrepid Potash, Inc. | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 36.  Janis Forty Fund | A | Dividend | J | T | | | | | |
| 37.  MBIA | A | Dividend | J | T | | | | | |
| 38.  IShares S&P | A | Dividend | L | T | | | | | |
| 39.  Visa Inc. Com. | A | Dividend | K | T | | | | | |
| 40.  NYSE Euronext | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 41.  Alcoa, Inc. | A | Dividend | J | T | | | | | |
| 42.  Bank of America Corp | A | Dividend | J | T | | | | | |
| 43.  Facebook, Inc. | B | Dividend | J | T | | | | | |
| 44.  BP PLC ADS (BP) | E | Dividend | K | T | | | | | |
| 45.  DDR Corp. Common | E | Dividend | K | T | | | | | |
| 46.  Hospitality PPTYS Common | E | Distribution | K | T | | | | | |
| 47.  KKR & Co., LLP | E | Dividend | K | T | | | | | |
| 48.  Seadrill, LTD | E | Dividend | | | Sold | 12/31/15 | J | A | |
| 49.  Southern Copper Corp. | E | Dividend | K | T | | | | | |
| 50.  Sentinel Low Duration Bond Fund | E | Distribution | | | Sold | 12/31/15 | J | A | |
| 51.  Templeton Global Bond Fund | F | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Paypal Hldgs, Inc. Com | D | Dividend | J | T | Buy | 01/05/15 | J | | |
| 53. Exxon Mobil Corp. | E | Dividend | K | T | Buy | 01/05/15 | | | |
| 54. RMR Group, Inc. | A | Dividend | J | T | Buy | 01/05/15 | | | |
| 55. Victory Munder MDCP CR Growth | E | Dividend | L | T | Buy | 01/05/15 | K | | |
| 56. MSIF Global Opportunity | F | Dividend | L | T | Buy | 01/05/15 | L | | |
| 57. Royce Smaller- Co Growth Inv | E | Dividend | J | T | Buy | 01/05/15 | K | | |
| 58. IRA-Morgan Stanley (Spouse): | | | | | | | | | |
| 59. Bank of America | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 60. Dreyfus Liquid Assets-Money Market | A | Interest | J | T | | | | | |
| 61. Chicago Bridge & Iron | A | Dividend | J | T | | | | | |
| 62. EBAY, Inc. | A | Dividend | J | T | | | | | |
| 63. Goldman Sachs | A | Dividend | J | T | | | | | |
| 64. United Health | A | Dividend | J | T | | | | | |
| 65. Wells Fargo | A | Dividend | J | T | | | | | |
| 66. MSCI Brazil Index | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 67. MSCI Japan Index | A | Dividend | | | Sold | 12/31/15 | J | A | |
| 68. IShares MSCI Japan Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Principal Financial Group | A | Dividend | J | T | | | | | |
| 70. Visa, Inc. | A | Dividend | J | T | | | | | |
| 71. EMC Corp Mass | B | Dividend | | | Sold | 12/31/15 | J | A | |
| 72. Facebook, Inc. Class A | C | Dividend | J | T | | | | | |
| 73. Chevron Corp. | D | Dividend | | | Sold | 12/31/15 | J | A | |
| 74. Citigroup, Inc. | E | Dividend | L | T | | | | | |
| 75. Duke Energy Corp. | C | Dividend | J | T | | | | | |
| 76. Energy Transfer Partners | C | Distribution | J | T | | | | | |
| 77. Entergy Corp | D | Dividend | J | T | | | | | |
| 78. Ferrell Gas Partners, LP | D | Distribution | J | T | | | | | |
| 79. FirstEnergyCorp. | E | Dividend | K | T | | | | | |
| 80. Ford Motor Co. | D | Dividend | J | T | | | | | |
| 81. General Electric | D | Dividend | J | T | | | | | |
| 82. Hospitality PPTYS TR Com | D | Distribution | J | T | | | | | |
| 83. UGI Corporation | E | Dividend | K | T | | | | | |
| 84. Zimmer Holdings, Inc. | D | Distribution | | | Sold | 12/31/15 | J | A | |
| 85. Aegon NV (Preferred) | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Barclays Bank, PLC | E | Dividend | K | T | | | | | |
| 87. Cedar Rapids Community School District | E | Interest | K | T | | | | | |
| 88. Virgin Islands Water & Power Bonds | D | Interest | J | T | | | | | |
| 89. Puerto Rico Electric Power Authority | C | Interest | | | Sold | 12/31/15 | J | A | |
| 90. Country Wide Capital V | E | Interest | K | T | | | | | |
| 91. Merrill Lynch Preferred Capital Fund | D | Distribution | | | Sold | 12/31/15 | J | A | |
| 92. American Balanced Fund | E | Interest | K | T | | | | | |
| 93. Goldman Sachs MLP Energy Fund | D | Interest | J | T | | | | | |
| 94. Goldman Sachs Short Duration Taxable Fund | E | Interest | K | T | | | | | |
| 95. Ivey Asset Strategy I Fund | D | Interest | J | T | | | | | |
| 96. Ivy Municipal High Income Fund | E | Interest | K | T | | | | | |
| 97. Mainstay Cushing MLP Premier I Fund | D | Interest | J | T | | | | | |
| 98. ETSY, Inc. Com | B | Dividend | J | T | Buy | 01/05/15 | J | | |
| 99. Morgan Chase & Co | D | Dividend | J | T | Buy | 01/05/15 | J | | |
| 100. Travelers Companies, Inc. Common | C | Dividend | J | T | Buy | 01/05/15 | J | | |
| 101. Verizon Communications | C | Dividend | J | T | Buy | 10/05/15 | J | | |
| 102. Walt Disney Co. Hldg. Co. | D | Dividend | J | T | Buy | 03/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Eaton Vance Tax MG CEF | D | Dividend | J | T | Buy | 01/05/15 | J | | |
| 104. Nuveen S&P 500 Buy-Write, Inc. | B | Dividend | J | T | Buy | 01/05/15 | J | | |
| 105. S&P 500 Index Fund | E | Dividend | J | T | Buy | 01/05/15 | J | | |
| 106. Henderson European Focus | D | Dividend | J | T | Buy | 01/05/15 | J | | |
| 107. PAYPAL Hldgs, Inc. | B | Dividend | J | T | Buy | 01/05/15 | J | | |
| 108. SALESFORCE.COM, Inc | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 109. ISHARES S&P Midcap 400 Index | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 110. American FDS Porfolio SER Balanced Fund | G | Distribution | L | T | Buy | 01/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Thomas J. | 09/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas J. Shields**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544